

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-15-00336-CV

Adolfo J. **CARRERA** and Esperanza Gaytan,
Appellants

v.

Alice **YANEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI12008
Laura Salinas, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to August 3, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    William N. Allan, IV                     Mark Acuna
       Allan, Nava, & Glander, PLLC            10500 Heritage Blvd., Suite 102
       825 West Bitters, Ste. 102              San Antonio, TX 78216
       755 East Mulberry Avenue
       San Antonio, TX 78216